No. 75–5713.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5714.  LLEWELLYN *v.* NEW YORK TELEPHONE Co. ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 75–5716.  ARCHER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5717.  SWINTON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 75–5720.  BRONSTEIN ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–5722.  BELL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5731.  BEALS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5735.  HARRELL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5739.  SPICER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5740.  ROLLINS, AKA EVANS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–5743.  MOORE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5747.  ZIMMERMAN *v.* UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.